IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA    RECEIVED

2016 AUG -2  P 1: 30

Kenneth Wayne Barnett, Plaintiff

-against-

THE GOP, KNOWN AS THE GRAND OLD
PARTY, THE PARTY OF LINCOLN, AND THE
NATIONAL REPUBLICAN PARTY, DEFENDANT

**Complaint for Violation of Civil** ~~ETT, CLK~~
**Rights**                    U.S. DISTRICT COURT
(Non-Prisoner Complaint)       MIDDLE DISTRICT ALA

Case No. 2:16-cv-638-WKW

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☒ Yes    ☐ No
               *(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis.*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Kenneth Wayne Barnett |
| Street Address | 1686 Pebble Creek Drive |
| City and County | City of Prattville, Autauga County |
| State and Zip Code | Alabama 36066 |
| Telephone Number | 3334-467-1655 |
| E-mail Address | gabarnett9@hotmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | GOP, National Republican Party |
| Job or Title | Political Party |
| Street Address | 310 First Street SE, Washington, DC |
| City and County | Washington, DC |
| State and Zip Code | Washington, DC 20003 |
| Telephone Number | 202-863-8500 |
| E-mail Address | ecampaign@gop.com |

☒    Individual capacity          ☒    Official capacity

Defendant No. 2

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |

2

City and County      _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address        _____
(if known)

☐    Individual capacity        ☐    Official capacity

Defendant No. 3

Name               _____

Job or Title         _____
(if known)

Street Address      _____

City and County      _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address        _____
(if known)

☐    Individual capacity        ☐    Official capacity

Defendant No. 4

Name               _____

Job or Title         _____
(if known)

Street Address      _____

City and County      _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address        _____
(if known)

☐    Individual capacity        ☐    Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒    Federal officials (a *Bivens* claim)

☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Yes I do.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Yes I do.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

By their collective actions they corrupted the nominating process at the GOP Convention in Cleveland, Ohio, in July of 2016, thereby destroying the my rights as a voter.

4

III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

The events occurred in Cleveland, Ohio, at the Republican National Convention.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

These events took place July 18-21, 2016.

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

At the GOP Convention in Cleveland in July 2016, my civil rights were violated when the GOP placed Republican Representative, Steve Womack, in the position of Chair to conduct a voice vote on the new rules, the voice vote was taken and many people in attendance who were prohibited by the rule of law to vote, joined in and voted, due to the overwhelming anarchy and chaos it was impossible to determine the outcome of the voice vote, but Representative Womack declared the vote to be valid and passed the new rules into existence. Immediately, what appeared to be a majority of the delegates verbally and enthusiastically demanded a Roll Call Vote. During this time thug activity took place across the floor and delegates were threatened and intimidated. Then Representative Womack vacated the Chair and walked off the stage. The new rules guaranteed the nomination of Donald Trump and removed the right of each delegate to cast a vote based upon their own choice. When the GOP forced these rules upon the nomination process they violated my civil rights and removed me from the voting process. And at this time the GOP became thugs and dictators.

IV.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I presently live in a state of outrage, anger and sadness.

V.   **Relief**

5

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I request to Court to order the GOP to withdraw the nomination of Donald Trump and return to the floor of the convention and conduct a Roll Call Vote to confirm or reject the new rules.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 2, 2016.

Signature of Plaintiff _____

Printed Name of Plaintiff:   Kenneth Wayne Barnett

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

6

Telephone Number _____

E-mail Address _____

7